UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| United States of America, | ) | C/A No.: 8:07-cv-1354 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | (Written Opinion) |
| | ) | |
| Abdul Al Baseer Sayfuallah, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before this Court on motion of Defendant Abdul Al Baseer Sayfuallah pursuant to 28 U.S.C. § 2255. This Court directs the United States Attorney to file a response to the petition. This response is due within 30 days of the entry of this Order. If transcripts are necessary, the United States Attorney may move the Court for an extension of time if good cause is shown.

IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, South Carolina
September 3, 2009